**Opinion filed July 30, 2021**



### In The

# Eleventh Court of Appeals

_____

## 11-19-00230-CR

_____

## DAMON CHAD CAMPBELL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 266th District Court**

**Erath County, Texas**

**Trial Court Cause No. CR15110**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss his appeal. As pointed out by Appellant, this is a "charge bargain" case, and the trial court has recently amended its certification of Appellant's right of appeal to so reflect. *See* TEX. R. APP. P. 25.2(a)(2). Appellant asserts in his motion to dismiss this appeal that, in light of the amended certification, "there are no remaining issues to appeal," and he requests that his appeal be dismissed. The motion to dismiss is signed by both

Appellant and Appellant's counsel in compliance with Rule 42.2 of the Texas Rules of Appellate Procedure.

The motion is granted, and the appeal is dismissed.

PER CURIAM

July 30, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.